**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-7327**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERNEST D. THOMPSON,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-88-19-R, CA-97-529-3)

───────────

Submitted:  July 30, 1998          Decided:  October 19, 1998

───────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ernest D. Thompson, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. See United States v. Thompson, Nos. CR-88-19-R; CA-97-529-3 (E.D. Va. July 16, 1997 & Aug 28, 1997); see also Brown v. Angelone, ___ F.3d ___, No. 96-7173 (4th Cir. July 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED